UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LEANNE WEBER | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-742-SDJ |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 13, 2021, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendations that Plaintiff Leanne Weber's Motion to Remand, (Dkt. #9), be denied. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Leanne Weber's Motion to Remand, (Dkt. #9), is **DENIED**.

**So ORDERED and SIGNED this 10th day of February, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE